**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Victor Castellanos, et al.
          Plaintiff,

v.                Case No.: 1:17−cv−06022
                Honorable Sidney I. Schenkier

Auto Glow of West Chicago, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 9, 2018:

  MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. The parties report that the settlement agreement has been finalized. For the reasons stated on the record, the parties' agreed motion for approval of settlement (doc. #[34]) is granted. The Court approves the parties' FLSA settlement. The case is hereby dismissed with prejudice with leave to seek reinstatement by 8/15/18. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.